UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Arlene S. Rowe

                      Plaintiff,

   -against-

Commissioner of Soc. Sec.

                    Defendant.
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

08 Civ. 2811 (AKH)

**ORDER**

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

      The Commissioner of Social Security is directed to file a certified copy of the transcript of the administrative record in this matter with the Court.

      Counsel for both sides, or plaintiff proceeding pro se, are hereby ordered to submit a motion and/or cross-motion for judgment on the pleadings according to the following schedule:

    (1)    All motions shall be fully submitted by May 27, 2008, 2008

    (2)    Opposition papers shall be fully submitted by June 24, 2008.

    (3)    Reply papers shall be fully submitted by July 8, 2008.

Interim deadlines may be established, and amended, by the parties without Court intervention

provided that the deadlines set forth above remain unchanged.

      So Ordered.

Dated:    New York, New York
          April 29, 2008

                                        ALVIN K. HELLERSTEIN, U.S.D.J.