**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 2, 2008

<u>By Fax</u>

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

      Re:  <u>Arlene Rowe v. Astrue</u>
           08 Civ. 2811 (AKH)

Dear Judge Hellerstein:

      This Office represents the Commissioner of Social
Security, defendant in the above-referenced action.  Due to the
press of work, I have been unable to review this case.
Therefore, I respectfully request an extension of sixty days from
today, June 2, 2008, until August 1, 2008, respond to the
complaint.

      In addition, I respectfully request, <u>nunc pro tunc</u>, an
extension of time on the briefing schedule, to allow the
government to move for judgment on the pleading by September 5,
2008.  Due to an oversight on my part, I was unaware that on
April 29, 2008, the Court issued an order requiring the parties
to move by May 27, 2008.  I apologize for this error.

      Should the Court approve of this request, defendant's
motion would be due on September 5, 2008.  Plaintiff's opposition
would be due on October 6, 2008, and defendant's reply, if any,
would be due on October 20, 2008.

      This is defendant's first request for an extension of
time in this matter.  On May 2, 2008, this Office sent a letter
to plaintiff <u>pro se</u> asking for her consent to our request for
more time to respond to the complaint.  In addition, today we
telephoned plaintiff.  She did not respond to any of our efforts
to reach her.



Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _LESLIE A. RAMIREZ-FISHER_
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone:  (212) 637-0378
Fax:  (212) 637-2750

cc: Arlene Rowe, Plaintiff Pro Se (By overnight mail)

2