

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

September 4, 2008

By Fax

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

      Re:  Arlene Rowe v. Astrue
            08 Civ. 2811 (AKH)

Dear Judge Hellerstein:

      This Office represents the Commissioner of Social Security, defendant in the above-referenced action. This Office is attempting to reach plaintiff *pro se* regarding a voluntary remand of this matter. Therefore, I respectfully request a two week extension of time from September 5, 2008, to submit a signed stipulation of remand, or if the parties do not agree, a motion in support of remand.

      Should the Court approve this request, defendant's motion would be due on September 19, 2008. Plaintiff's opposition would be due on October 20, 2008, and defendant's reply, if any, would be due on November 3, 2008.

      This is defendant's second request for an extension of time as defendant's motion was originally due on May 27, 2008. Because we have been unable to reach plaintiff, we did not obtain her consent to this request.

*So ordered*
9-4-08
[signature] A.K. Hellerstein

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Leslie A. Ramirez-Fisher* (signature)
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Arlene Rowe, Plaintiff Pro Se (By overnight mail)